UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**ANTHONY ANDERSON,**

Defendant.

Criminal Action No. **04cr343**
(CKK)

**FILED**

JUL - 3 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

This case is before the Court upon the receipt of a Report and Recommendation [97] signed on June 24, 2013, by Magistrate Judge John Facciola. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this ⇒ᵈ day of July, 2013,

**ORDERED** that the Court hereby ADOPTS the Report and Recommendation [97] filed in the above-captioned case, and Defendant's supervised release is hereby revoked. It is

**FURTHER ORDERED** that a Sentence shall be addressed and imposed at a Court hearing on Tuesday, July 30, 2013, at 9:30 a.m. in Courtroom 28A.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)



Copies to:

Dani Jahn, AFPD.
Angela George, AUSA
Brian d. Shaffer, US Probation Officer
Magistrate Judge John Facciola